UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) 2:19-cr-00024-JDL-1 |
| | ) |
| DAVID DONAHUE, | ) |
| | ) |
| Defendant. | ) |

ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

David Donahue, proceeding pro se, filed a motion for compassionate release, pursuant to 18 U.S.C.A. § 3582(c)(1)(A) (West 2022) (ECF No. 30), on May 18, 2022. Donahue requests that the Court grant him a reduced sentence or, alternatively, place him on home confinement for the remainder of his sentence because, he asserts, his high blood pressure, asthma, and sleep apnea put him at a heightened risk of severe illness from COVID-19.§ United States Magistrate Judge John C. Nivison filed his Recommended Decision on the motion with the Court on June 30, 2022 (ECF No. 33), pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2022) and Fed. R. Civ. P. 72(b). Donahue filed an objection (ECF No. 34) on July 14, 2022.

I have reviewed and considered the Recommended Decision, together with the entire record, and have made a de novo determination of all matters adjudicated by the Magistrate Judge. I concur with the recommendations of the Magistrate Judge

1

for the reasons set forth in his Recommended Decision and determine that no further proceedings are necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 33) of the Magistrate Judge is hereby **ACCEPTED**. David Donahue's motion for compassionate release (ECF No. 30) is **DENIED**.

**SO ORDERED.**

**Dated: August 9, 2022.**

                                                             **/s/ JON D. LEVY**
                                      **CHIEF U.S. DISTRICT JUDGE**